UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LANCE PATRICK GIRARD,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C18-5557 RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO CURE DEFICIENT APPLICATION**

Plaintiff, acting *pro se*, submitted an *in forma pauperis* (IFP) application dated July 23, 2018. Dkt. 3. The Court **GRANTS** plaintiff's IFP application. However, the Court notes that the application is deficient because it is unsigned and directs plaintiff to cure the deficiency. The Court therefore **ORDERS**:

(1)      Plaintiff shall be issued summonses.

(2)      Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

(3)      The Clerk is directed to send a copy of this Order and the deficient IFP application (Dkt. 3) to plaintiff.

ORDER GRANTING APPLICATION TO PROCEED IN FORMA
PAUPERIS AND DIRECTING PLAINTIFF TO CURE DEFICIENT
APPLICATION - 1

(4) Plaintiff shall have up to and including **August 31, 2018,** to file a signed copy of the IFP application.

DATED this 1st day of August, 2018.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO CURE DEFICIENT APPLICATION - 2