UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LANCE PATRICK GIRARD,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C18-5557 RSM

**ORDER TO SHOW CAUSE FOR FAILURE TO FILE ANSWER**

This matter is before the court on Plaintiff's complaint seeking review of the Commissioner's decision denying benefits. *See* Complaint, Dkt. 5. On September 24, 2018, Plaintiff, proceeding *pro se*, filed an "Affidavit of Mailing of Summons and Complaint" to the Commissioner, dated September 19, 2018. Dkt. 8. Pursuant to Fed. R. Civ. P. 12(a)(2), the Commissioner was required to serve an answer to the complaint within 60 days after service. To date, the Commissioner has filed no answer.

The Commissioner is hereby ordered to file an answer or show cause on or before December 12, 2018, why this matter should not be remanded for failure to file an answer.

DATED this 6th day of December, 2018.

                                                                                 RICARDO S. MARTINEZ
                                                                                 Chief United States District Judge

ORDER TO SHOW CAUSE FOR FAILURE TO FILE ANSWER - 1