UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LANCE PATRICK GIRARD,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C18-5557 RSM

**ORDER**

In response to the Court's order to file an answer or show cause why this case should not be remanded (Dkt. 9), the Commissioner avers that Plaintiff, who is proceeding *pro se*, has not properly served the United States Attorney's Office. Dkt. 11 at 1. While Plaintiff's affidavit does not conclusively establish that copies of the summons and complaint were sent to all of the correct addresses, it shows that Plaintiff made efforts to effect proper service under Federal Rule of Civil Procedure 4(i). *See* Dkt. 8 at 1-2. Even if service was not perfected formally, the Court would find good cause to allow this *pro se* plaintiff more time under Federal Rule of Civil Procedure 4(m). The Court notes that service may be effectuated electronically as described in the Court's order granting Plaintiff's application to proceed *in forma pauperis*. *See* Dkt. 4. To avoid further delay, the Court hereby **DIRECTS** the Clerk to send a copy of the summonses and complaint (Dkt. 5, 7) by email to USAWAW.SSAClerk@usdoj.gov. The Commissioner shall have 60 days from the date of the email to file an answer.

ORDER - 1

DATED this 10th day of December, 2018.

RICARDO S. MARTINEZ
Chief United States District Judge